IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

THOMAS P. TAYLOR                                                        PLAINTIFF

v.                                    Case No. 11-3124

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration                                          DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. #10) from United

States Magistrate Judge Erin L. Setser.  There have been no objections.  After careful review, the Court

concludes that the findings and recommendations should be, and hereby are, approved and adopted as

this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this 20th day of February, 2013.

/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE